1  PETER B. MORRISON (SBN 230148)
   peter.morrison@skadden.com
2  VIRGINIA F. MILSTEAD (SBN 234578)
   virginia.milstead@skadden.com
3  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue, Suite 3400
4  Los Angeles, CA 90071
   Telephone: (213) 687-5000
5  Facsimile:  (213) 687-5600

6  JOHN NEUKOM (SBN 275887)
   john.neukom@skadden.com
7  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   525 University Avenue, Suite 1400
8  Palo Alto, California 94301
   Telephone: (650) 470-4500
9  Facsimile:  (650) 470-4570

10 Attorney for Defendants
   Ripple Labs Inc., XRP II, LLC, Bradley
11 Garlinghouse, Christian Larsen, Ron Will,
   Antoinette O'Gorman, Eric van Miltenburg,
12 Susan Athey, Zoe Cruz, Ken Kurson, Ben
   Lawsky, Anja Manuel, and Takashi Okita
13

14                    UNITED STATES DISTRICT COURT

15              FOR THE NORTHERN DISTRICT OF CALIFORNIA

16  AVNER GREENWALD, individually and on   )   CASE NO.: 18-cv-4790
    behalf of all others similarly situated, )
17                                           )   **DEFENDANTS' CERTIFICATE OF**
                                             )   **INTERESTED ENTITIES OR PERSONS**
18                    Plaintiff,             )   **PURSUANT TO F.R.C.P 7.1 AND**
                                             )   **LOCAL CIVIL RULE 3-15**
19          v.                                )
                                             )
20  RIPPLE LABS INC., et al.,                )
                                             )
21                    Defendants.            )
                                             )
22                                           )
                                             )
23                                           )

1   Defendants Ripple Labs Inc., XRP II, LLC, Bradley Garlinghouse, Christian Larsen, Ron Will, Antoinette O'Gorman, Eric van Miltenburg, Susan Athey, Zoe Cruz, Ken Kurson, Ben Lawsky, Anja Manuel, and Takashi Okita (together, "Defendants") disclose the following information for the limited purpose of complying with Rule 7.1 of the Federal Rules of Civil Procedure and Civil Local Rule 3-15 of the Northern District of California.

Ripple Labs Inc. has no parent corporation. SBI Holdings Inc. is a publicly held corporation that owns 10% or more of the stock of Ripple Labs Inc.

The parent corporation of XRP II, LLC is Ripple Labs Inc. No publicly held corporation owns 10% or more of the membership interests in XRP, II LLC.

Pursuant to Civil L.R. 3-15, the undersigned certifies that, as of this date, other than the named parties, there is no such interest to report.

Defendants reserve the right to supplement this disclosure statement if needed.

DATED: August 8, 2018

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:   */s/Peter B. Morrison*
       Peter B. Morrison
       Attorney for Defendants

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS   Case No. 18-cv-4790