1 | PETER B. MORRISON (SBN 230148)
peter.morrison@skadden.com
2 | VIRGINIA F. MILSTEAD (SBN 234578)
virginia.milstead@skadden.com
3 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
4 | Los Angeles, CA 90071
Telephone: (213) 687-5000
5 | Facsimile:  (213) 687-5600

6 | JOHN NEUKOM (SBN 275887)
john.neukom@skadden.com
7 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
8 | Palo Alto, California 94301
Telephone: (650) 470-4500
9 | Facsimile:  (650) 470-4570

10 | Attorney for Defendants
Ripple Labs Inc., XRP II, LLC, Bradley
11 | Garlinghouse, Christian Larsen, Ron Will,
Antoinette O'Gorman, Eric van Miltenburg,
12 | Susan Athey, Zoe Cruz, Ken Kurson, Ben
Lawsky, Anja Manuel, and Takashi Okita

13

14

15 | **UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
16

17 | AVNER GREENWALD, Individually And On       )       CASE NO.: 3:18cv47906
Behalf Of All Others Similarly Situated,    )
18 |                                             )
                                            )
19 |                          Plaintiff,       )
                                            )       **NOTICE OF APPEARANCE**
20 |              v.                            )
                                            )
21 | RIPPLE LABS INC., et al.,                  )
                                            )
22 |                                             )
                         Defendants.        )
23 |                                             )
                                            )
24 |                                             )
                                            )

25

26

27

28

---

NOTICE OF APPEARANCE                                                    CASE NO. 3:18cv4790

1   TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2          PLEASE TAKE NOTICE that attorney Virginia F. Milstead, Skadden, Arps, Slate,

3   Meagher & Flom, LLP is appearing in this matter, in addition to those who have previously

4   appeared as counsel on behalf of Defendants Ripple Labs Inc., XRP II, LLC, Bradley

5   Garlinghouse, Christian Larsen, Ron Will, Antoinette O'Gorman, Eric van Miltenburg, Susan

6   Athey, Zoe Cruz, Ken Kurson, Ben Lawsky, Anja Manuel, and Takashi Okita ("Defendants").

7          Defendants hereby requests that all notices, including electronic ("ECF") notices, given or

8   required to be given, and all papers filed or served or required to be served in the above-captioned

9   matter, be provided to or served upon Defendants' counsel at the address set forth below:

10

11                          VIRGINIA F. MILSTEAD (SBN 234578)
                            virginia.milstead@skadden.com
12                          SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
                            300 South Grand Avenue, Suite 3400
13                          Los Angeles, CA 90071
                            Telephone:    (213) 687-5000
14                          Facsimile:    (213) 687-5600

15   Dated: June 4, 2018

16

17                          SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

18                          By:  _____/s/ Virginia F. Milstead_____
                                          Virginia F. Milstead
19                                        Attorney for Defendants
                            Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse

20

21

22

23

24

25

26

27

28

---

NOTICE OF APPEARANCE                                      CASE NO. 3:18cv4790