| | |
|---|---|
| 1 | PETER B. MORRISON (SBN 230148) |
|   | peter.morrison@skadden.com |
| 2 | VIRGINIA F. MILSTEAD (SBN 234578) |
|   | virginia.milstead@skadden.com |
| 3 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
|   | 300 South Grand Avenue, Suite 3400 |
| 4 | Los Angeles, CA 90071 |
|   | Telephone: (213) 687-5000 |
| 5 | Facsimile:  (213) 687-5600 |
| 6 | JOHN NEUKOM (SBN 275887) |
|   | john.neukom@skadden.com |
| 7 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
|   | 525 University Avenue, Suite 1400 |
| 8 | Palo Alto, California 94301 |
|   | Telephone: (650) 470-4500 |
| 9 | Facsimile:  (650) 470-4570 |
| 10 | Attorney for Defendants |
|    | Ripple Labs Inc., XRP II, LLC, Bradley |
| 11 | Garlinghouse, Christian Larsen, Ron Will, |
|    | Antoinette O'Gorman, Eric van Miltenburg, |
| 12 | Susan Athey, Zoe Cruz, Ken Kurson, Ben |
|    | Lawsky, Anja Manuel, and Takashi Okita |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AVNER GREENWALD, Individually And On Behalf Of All Others Similarly Situated, | CASE NO.: 18-cv-4790 |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| RIPPLE LABS INC., et al., | |
| Defendants. | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that attorney John Neukom, Skadden, Arps, Slate, Meagher & Flom, LLP is appearing in this matter, in addition to those who have previously appeared as counsel on behalf of Defendants Ripple Labs Inc., XRP II, LLC, Bradley Garlinghouse, Christian Larsen, Ron Will, Antoinette O'Gorman, Eric van Miltenburg, Susan Athey, Zoe Cruz, Ken Kurson, Ben Lawsky, Anja Manuel, and Takashi Okita ("Defendants").

Defendants hereby requests that all notices, including electronic ("ECF") notices, given or required to be given, and all papers filed or served or required to be served in the above-captioned matter, be provided to or served upon Defendants' counsel at the address set forth below:

>JOHN NEUKOM (SBN 275887)
>john.neukom@skadden.com
>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
>525 University Avenue, Suite 1400
>Palo Alto, California 94301
>Telephone:   (650) 470-4500
>Facsimile:   (650) 470-4570

Dated: August 8, 2018

>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
>
>By:   */s/ John Neukom*
>      John Neukom
>      Attorney for Defendants