PETER B. MORRISON (SBN 230148)
peter.morrison@skadden.com
VIRGINIA F. MILSTEAD (SBN 234578)
virginia.milstead@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone: (213) 687-5000
Facsimile:  (213) 687-5600

JOHN NEUKOM (SBN 275887)
john.neukom@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, California 94301
Telephone:    (650) 470-4500
Facsimile:     (650) 470-4570

Attorneys for Defendants
Ripple Labs Inc., XRP II, LLC, Bradley Garlinghouse, Christian Larsen, Ron Will, Antoinette O'Gorman. Eric van Miltenburg, Susan Athey, Zoe Cruz, Ken Kurson, Ben Lawsky, Anja Manuel, and Takashi Okita

(Plaintiff's counsel on next page)

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVNER GREENWALD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RIPPLE LABS INC., et al.,<br><br>Defendants. | CASE NO.: 18-cv-4790<br><br>**STIPULATION REGARDING DEFENDANTS' TIME TO ANSWER OR OTHERWISE RESPOND PURSUANT TO CIVIL L.R. 6-1(a)** |

1  (continued from previous page)

2  JOHN T. JASNOCH (SBN 281605)
   jjasnoch@scott-scott.com
3  SCOTT+SCOTT
   ATTORNEYS AT LAW LLP
4  600 W. Broadway, Suite 3300
   San Diego, CA 92101
5  Telephone: (619) 233-4565
   Facsimile:   (619)233-0508
6
   THOMAS L. LAUGHLIN, IV
7  tlaughlin@scott-scott.com
   RHIANA SWARTZ
8  rswartz@scott-scott.com
   SCOTT+SCOTT
9  ATTORNEYS AT LAW LLP
   The Helmsley Building
10 230 Park Avenue, 17th Floor
   New York, NY 10169
11 Telephone:  (212) 223-6444
   Facsimile:    (212) 223-6334
12

13 Attorneys for Plaintiff Avner Greenwald

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION  REGARDING DEFS' TIME TO ANSWER OR OTHERWISE RESPOND        CASE NO. 18-CV-4790

WHEREAS, on August 8, 2018, Defendants Ripple Labs Inc., XRP II, LLC, Bradley Garlinghouse, Christian Larsen, Ron Will, Antoinette O'Gorman. Eric van Miltenburg, Susan Athey, Zoe Cruz, Ken Kurson, Ben Lawsky, Anja Manuel, and Takashi Okita (collectively, "Defendants"), removed this matter from the Superior Court of the State of California, County of San Mateo ("San Mateo Superior Court"), to the United States District Court for the Northern District of California;

WHEREAS, pursuant to Federal Rule of Civil Procedure 81(c)(2)(C), Defendants' deadline to answer, move, or otherwise respond to the complaint is August 15, 2018;

WHEREAS, the parties have agreed upon a brief extension of Defendants' time to answer, move, or otherwise respond to the complaint;

WHEREAS, the stipulated change to Defendants' time to answer, move, or otherwise respond to Plaintiff's complaint will not alter the date of any event or any deadline already fixed by Court order.

THEREFORE, PURSUANT TO CIVIL LOCAL RULE 6-1(A), IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned parties, as follows:

1. Defendants' deadline to answer, move, or otherwise respond to the complaint is extended to August 29, 2018;

2. The extension of Defendants' deadline to answer, move, or otherwise respond to the complaint to August 29, 2018 is without prejudice to Defendants' right to seek relief from any deadlines from the Court;

//
//
//
//
//
//
//

3. Nothing herein shall be deemed to constitute a waiver of any rights, claims, defenses, motions, or objections that a party may have or make with respect to jurisdiction, venue and/or the claims set forth in this action.

**IT IS SO STIPULATED.**

DATED: August 8, 2018

                                SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                                By: *    /s/Peter B. Morrison    *
                                               Peter B. Morrison
                                           Attorneys For Defendants

DATED: August 8, 2018

                                SCOTT+SCOTT ATTORNEYS AT LAW LLP

                                By: *    /s/John T. Jasnoch    *
                                                John T. Jasnoch
                                           Attorney For Plaintiff

**E-FILING ATTESTATION**

I, Peter Morrison, am the ECF user whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

DATED: August 8, 2018

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____*/s/Peter B. Morrison*_____
         PETER B. MORRISON