PETER B. MORRISON (SBN 230148)
peter.morrison@skadden.com
VIRGINIA F. MILSTEAD (SBN 234578)
virginia.milstead@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

JOHN NEUKOM (SBN 275887)
john.neukom@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

Attorneys for Defendants
Ripple Labs Inc., XRP II, LLC, Bradley Garlinghouse, Christian Larsen, Ron Will, Antoinette O'Gorman. Eric van Miltenburg, Susan Athey, Zoe Cruz, Ken Kurson, Ben Lawsky, Anja Manuel, and Takashi Okita

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVNER GREENWALD, individually and on behalf of all others similarly situated,<br><br>               Plaintiff,<br><br>    v.<br><br>RIPPLE LABS INC., et al.,<br><br>               Defendants. | CASE NO.: 18-cv-4790<br><br>**PROOF OF SERVICE** |

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SANTA CLARA**

I am employed in the county of Santa Clara, State of California. I am over the age of 18 and not a party to the within action; my business address is 525 University Ave., Palo Alto, CA 94301.

On August 8, 2018, I served the documents described as:

1. Notice of Removal (Dkt 1 & 1.1)
2. Civil Case Cover sheet (Dkt 1.2)
3. Certificate of Interested Entities (Dkt 2)
4. Notice of Appearance for Virginia Milstead (Dkt 3)
5. Notice of Assignment of Judge (Dkt 4)
6. Notice of Appearance for John Neukom (Dkt 5)
7. Stipulation Regarding Defendants Time to Answer or Otherwise Respond Pursuant to Civil L.R. 6-1(a)
8. Standing Order for Magistrate Judge Sallie Kim
9. Standing Order for all Judges of the Northern District of California
10. Filing Procedures for San Francisco
11. ECF Registration Information
12. Notice of Assignment of Case to a United States Magistrate Judge

on the interested parties in this action addressed as follows:

JOHN T. JASNOCH
SCOTT+SCOTT
ATTORNEYS AT LAW LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101

THOMAS L. LAUGHLIN, IV
RHIANA SWARTZ
SCOTT+SCOTT
ATTORNEYS AT LAW LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169

☒ **(BY US MAIL)** I am readily familiar with the firms' practice for the collection and processing of correspondence for mailing with the United States Postal Service and the fact that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business; on this date, the above-referenced correspondence was placed for deposit at Palo Alto, California and placed for collection and mailing following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 8, 2018, at Palo Alto, California.

_____
Alissa Turnipseed

*/s/ Alissa Turnipseed*