PETER B. MORRISON (SBN 230148)
peter.morrison@skadden.com
VIRGINIA F. MILSTEAD (SBN 234578)
virginia.milstead@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone: (213) 687-5000
Facsimile:  (213) 687-5600

JOHN NEUKOM (SBN 275887)
john.neukom@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile:  (650) 470-4570

Attorney for Defendants
Ripple Labs Inc., XRP II, LLC, Bradley Garlinghouse, Christian Larsen, Ron Will, Antoinette O'Gorman, Eric van Miltenburg, Susan Athey, Zoe Cruz, Ken Kurson, Ben Lawsky, Anja Manuel, and Takashi Okita

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVNER GREENWALD, Individually And On Behalf Of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>RIPPLE LABS INC., et al.,<br><br>                    Defendants. | CASE NO.: 4:18cv4790<br><br>**CERTIFICATE OF SERVICE** |

**STATE OF CALIFORNIA, COUNTY OF SANTA CLARA**

I am employed in the County of Santa Clara, State of California. I am over the age of 18 and not a party to the within action; my business address is 525 University Avenue, Palo Alto, CA 94301; and my email address is alissa.turnipseed@skadden.com.

On August 9, 2018, I served the following document(s) described as:

1. **Initial Case Management Scheduling Order with ADR Dealings (Dkt 8);**
2. **Notice of Pendency of Other Actions or Proceedings Pursuant to Civil Local Rule 3-13 (Dkt 9);**

on the interested parties in this action by placing a true and correct copy of the above documents addressed as follows:

| | |
|---|---|
| John T. Jasnoch<br>**SCOTT + SCOTT**<br>600 W. Broadway, Suite 3300<br>San Diego, CA 92101<br>Tel: 619-233-4565<br>Fax: 619-233-0508<br>jjasnoch@scott-scott.com | Thomas L. Laughlin, IV<br>Rhiana Swartz<br>**SCOTT + SCOTT**<br>The Helmsley Building<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>Tel: 212-223-6444<br>Fax: 212-223-6334<br>tlaughlin@scott-scott.com<br>rswartz@scott-scott.com |

☐ (BY PERSONAL SERVICE HAND DELIVERY)

☐ (BY FEDERAL EXPRESS) I am readily familiar with the firm's practice for the daily collection and processing of correspondence for deliveries with the Federal Express delivery service and the fact that the correspondence would be deposited with Federal Express that same day in the ordinary course of business; on this date, the above-referenced document was placed for deposit at Palo Alto, California and placed for collection and overnight delivery following ordinary business practices. (AS NOTED)

☒ (BY MAIL) I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service and the fact that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business; on this date, the above-referenced correspondence was placed for deposit at Palo Alto, California and placed for collection and mailing following ordinary business practices. (AS NOTED)

Executed on August 16, 2018 at Palo Alto, California.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

_____
Alissa Turnipseed

CERTIFICATE OF SERVICE                                              CASE NO. 4:18cv4790

On August 16, 2018, I served the following document(s) described as:

1. **Order Relating Case (Dkt 10)**
2. **Order Setting Case Management Conference (Dkt 11)**
3. **Response to Standing Order re Removed Cases (Dkt 12)**
4. **Filing Procedures (Oakland)**
5. **Standing Order for All Judges of the Northern District of California**
6. **Civil Pretrial Instructions – Judge Hamilton**
7. **Standing Order re Removed Cases**
8. **Procedural Guidance for Class Action Settlements**
9. **Standing Order for Cases Involving Sealed or Confidential Documents**

on the interested parties in this action by placing a true and correct copy of the above documents addressed as follows:

| | |
|---|---|
| John T. Jasnoch<br>**SCOTT + SCOTT**<br>600 W. Broadway, Suite 3300<br>San Diego, CA 92101<br>Tel: 619-233-4565<br>Fax: 619-233-0508<br>jjasnoch@scott-scott.com | Thomas L. Laughlin, IV<br>Rhiana Swartz<br>**SCOTT + SCOTT**<br>The Helmsley Building<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>Tel: 212-223-6444<br>Fax: 212-223-6334<br>tlaughlin@scott-scott.com<br>rswartz@scott-scott.com |

☐   (BY PERSONAL SERVICE HAND DELIVERY)

☒   (BY FEDERAL EXPRESS) I am readily familiar with the firm's practice for the daily collection and processing of correspondence for deliveries with the Federal Express delivery service and the fact that the correspondence would be deposited with Federal Express that same day in the ordinary course of business; on this date, the above-referenced document was placed for deposit at Palo Alto, California and placed for collection and overnight delivery following ordinary business practices. (AS NOTED)

☐   (BY MAIL) I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service and the fact that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business; on this date, the above-referenced correspondence was placed for deposit at Palo Alto, California and placed for collection and mailing following ordinary business practices. (AS NOTED)

Executed on August 16, 2018 at Palo Alto, California.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

_Alissa Turnipseed_
Alissa Turnipseed

2

CERTIFICATE OF SERVICE                                   CASE NO. 4:18cv4790