PETER B. MORRISON (SBN 230148)
peter.morrison@skadden.com
VIRGINIA F. MILSTEAD (SBN 234578)
virginia.milstead@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone: (213) 687-5000
Facsimile:  (213) 687-5600

JOHN NEUKOM (SBN 275887)
john.neukom@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, California 94301
Telephone:    (650) 470-4500
Facsimile:    (650) 470-4570

Attorneys for Defendants
Ripple Labs Inc., XRP II, LLC, Bradley Garlinghouse, Christian Larsen, Ron Will, Antoinette O'Gorman. Eric van Miltenburg, Susan Athey, Zoe Cruz, Ken Kurson, Ben Lawsky, Anja Manuel, and Takashi Okita

(Plaintiff's counsel on next page)

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVNER GREENWALD, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>RIPPLE LABS INC., et al.,<br><br>　　　　　　　　　　Defendants. | CASE NO.:  4:18-cv-04790-PJH<br><br>**STIPULATION REGARDING DEFENDANTS' TIME TO ANSWER OR OTHERWISE RESPOND PURSUANT TO CIVIL L.R. 6-1(a)** |

(continued from previous page)

JOHN T. JASNOCH (SBN 281605)
jjasnoch@scott-scott.com
SCOTT+SCOTT
ATTORNEYS AT LAW LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile:   (619)233-0508

THOMAS L. LAUGHLIN, IV
tlaughlin@scott-scott.com
RHIANA SWARTZ
rswartz@scott-scott.com
SCOTT+SCOTT
ATTORNEYS AT LAW LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone:  (212) 223-6444
Facsimile:    (212) 223-6334

Attorneys for Plaintiff Avner Greenwald

| | |
|---|---|
| 1 | WHEREAS, on August 8, 2018, Defendants Ripple Labs Inc., XRP II, LLC, Bradley Garlinghouse, Christian Larsen, Ron Will, Antoinette O'Gorman. Eric van Miltenburg, Susan Athey, Zoe Cruz, Ken Kurson, Ben Lawsky, Anja Manuel, and Takashi Okita (collectively, "Defendants"), removed this matter from the Superior Court of the State of California, County of San Mateo ("San Mateo Superior Court"), to the United States District Court for the Northern District of California; |

WHEREAS, on August 8, 2018, Defendants Ripple Labs Inc., XRP II, LLC, Bradley Garlinghouse, Christian Larsen, Ron Will, Antoinette O'Gorman. Eric van Miltenburg, Susan Athey, Zoe Cruz, Ken Kurson, Ben Lawsky, Anja Manuel, and Takashi Okita (collectively, "Defendants"), removed this matter from the Superior Court of the State of California, County of San Mateo ("San Mateo Superior Court"), to the United States District Court for the Northern District of California;

WHEREAS, pursuant to Federal Rule of Civil Procedure 81(c)(2)(C), Defendants' deadline to answer, move, or otherwise respond to the complaint was initially August 15, 2018;

WHEREAS, pursuant to a stipulation of the parties under Civil Local Rule 6-1A(A), the parties agreed to extend Defendants' deadline to answer, move, or otherwise respond to the complaint until August 29, 2018, to allow the parties to continue discussing whether they could agree on a lengthier extension of time (ECF No. 6);

WHEREAS, Plaintiff Avner Greenwald ("Plaintiff") has indicated his intent to file a motion to remand this matter back to the San Mateo Superior Court within 30 days provided by 28 U.S.C. § 1447(c);

WHEREAS, following further discussion, the parties have agreed upon a further extension of time for Defendants to answer, move, or otherwise respond to the complaint until a time after the Court decides the forthcoming motion to remand in order to avoid unnecessary motion practice before the Court has decided subject matter jurisdiction;

WHEREAS, the stipulated change to Defendants' time to answer, move, or otherwise respond to Plaintiff's complaint will not alter the date of any event or any deadline already fixed by Court order.

THEREFORE, PURSUANT TO CIVIL LOCAL RULE 6-1(A), IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned parties, as follows:

1.  If the Court grants Plaintiff's forthcoming motion to remand, and this action is remanded to the San Mateo Superior Court, Defendants' deadline to answer, move, or otherwise

respond shall be in thirty (30) days "from the day the original court receives the case on remand." Cal. Civ. Proc. Code § 430.90(a)(2).

2.  If the Court denies Plaintiff's forthcoming motion to remand, Defendants' deadline to answer, move, or other otherwise respond to the Complaint shall be thirty (30) days from the date the Court enters an order denying the motion to remand.

3.  Nothing herein shall be deemed to constitute a waiver of any rights, claims, defenses, motions, or objections that a party may have or make with respect to jurisdiction, venue and/or the claims set forth in this action.

**IT IS SO STIPULATED.**

DATED: August 22, 2018

                             SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                             By:  */s/Peter B. Morrison*
                                       Peter B. Morrison
                                    Attorneys For Defendants

DATED: August 22, 2018

                             SCOTT+SCOTT ATTORNEYS AT LAW LLP

                             By:  */s/John T. Jasnoch*
                                       John T. Jasnoch
                                    Attorney For Plaintiff

**E-FILING ATTESTATION**

I, Peter Morrison, am the ECF user whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

DATED: August 22, 2018

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _/s/Peter B. Morrison_
      PETER B. MORRISON