**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| AVNER GREENWALD, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br>vs.<br>RIPPLE LABS INC., et al.,<br><br>　　　　　　　　　Defendants. | Case No. 18-cv-4790-PJH<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER ON PLAINTIFF'S MOTION TO REMAND**<br><br>Date:  October 17, 2018<br>Time: 9:00 a.m.<br>Courtroom:  3<br><br>Hon. Phyllis J. Hamilton |

The Court, having considered Plaintiff's Motion to Remand this case to the Superior Court of the State of California, County of San Mateo ("State Court") and the authorities and arguments therein, is of the opinion that Plaintiff's Motion to Remand should be GRANTED.

IT IS, THEREFORE, ORDERED that Plaintiff's Motion to Remand is GRANTED and that the Clerk is directed to take all necessary action to effectuate the remand of the above-referenced matter to the State of California, County of San Mateo.

**IT IS SO ORDERED.**

Dated: _____

                                                                    _____
HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE