1  SCOTT+SCOTT ATTORNEYS AT LAW LLP
   JOHN T. JASNOCH
2  600 W. Broadway, Suite 3300
   San Diego, CA  92101
3  Telephone: 619-233-4565
   Facsimile:  619-233-0508
4  jjasnoch@scott-scott.com

5  *Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| AVNER GREENWALD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>RIPPLE LABS INC., et al.,<br><br>Defendants. | Case No. 18-cv-4790-PJH<br><br>**CLASS ACTION**<br><br>**DECLARATION OF JOHN T. JASNOCH IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND**<br><br>Date:  October 17, 2018<br>Time: 9:00 a.m.<br>Courtroom:  3<br><br>Hon. Phyllis J. Hamilton |

Pursuant to 28 U.S.C. §1746, I, John T. Jasnoch, hereby declare as follows:

1. I am an attorney with the law firm of Scott+Scott Attorneys at Law LLP ("Scott+Scott"), counsel for Plaintiff Avner Greenwald. I make this Declaration in support of the motion by Plaintiff to remand this case to the Superior Court of the State of California, County of San Mateo.

2. Attached are true and correct copies of the following:

- Exhibit A: Official Transcript of Oral Argument proceedings in *Coffey v. Ripple Labs, Inc.*, No. 18-cv-03286-PJH (N.D. Cal.), held on August 1, 2018;

- Exhibit B: *Zakinov v. Ripple Labs, Inc.*, Complaint, No. 18CIV02845 (Superior Court, San Mateo County) (filed June 5, 2018);

- Exhibit C: *Oconor v. Ripple Labs Inc.*, Complaint, No. 18CIV03332 (Superior Court, San Mateo County) (filed June 27, 2018);

- Exhibit D: Notice of Entry of Order on August 30, 2018, annexing Stipulation and Order Consolidating Related Actions and Related Matters, *In re Ripple Labs Inc. Litigation*, Lead Case No. 18-CIV-02845 (Superior Court, San Mateo)

I declare under the penalty of perjury that the foregoing is true and correct. Executed on September 7, 2018, at San Diego, California.

Dated: September 7, 2018      *s/* John T. Jasnoch
                              JOHN T. JASNOCH