# EXHIBIT D

ROBBINS ARROYO LLP
BRIAN J. ROBBINS (190264)
STEPHEN J. ODDO (174828)
ERIC M. CARRINO (310765)
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: brobbins@robbinsarroyo.com
         soddo@robbinsarroyo.com
         ecarrino@robbinsarroyo.com

Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page]

Electronically FILED
by Superior Court of California, County of San Mateo
ON  8/31/2018
By  /s/ Una Finau
    Deputy Clerk

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN MATEO

| | |
|---|---|
| IN RE RIPPLE LABS INC. LITIGATION | Lead Case No. 18-CIV-02845 |
| | (Consolidated with Case No. 18-CIV-03332) |
| This Document Relates To: | |
| | CLASS ACTION |
| ALL ACTIONS. | |
| | NOTICE OF ENTRY OF ORDER |
| | |
| | Judge: Hon. Richard H. DuBois |
| | Dept: 16 |
| | Date Action Filed: June 5, 2018 |

NOTICE OF ENTRY OF ORDER

1  TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that on August 30, 2018, the Court entered the
3  Stipulation and Order Consolidating Related Actions and Related Matters, a true and correct
4  copy of which is attached hereto as Exhibit A.

5  DATED: August 31, 2018                    ROBBINS ARROYO LLP
                                              BRIAN J. ROBBINS
6                                             STEPHEN J. ODDO
                                              ERIC M. CARRINO
7
8                                             _____
                                                       STEPHEN J. ODDO
9
                                              600 B Street, Suite 1900
10                                            San Diego, CA 92101
                                              Telephone: (619) 525-3990
11                                            Facsimile: (619) 525-3991
                                              E-mail: brobbins@robbinsarroyo.com
12                                                     soddo@robbinsarroyo.com
                                                       ecarrino@robbinsarroyo.com
13
                                              ROBBINS GELLER RUDMAN
14                                              & DOWD LLP
                                              DAVID C. WALTON (167268)
15                                            BRIAN E. COCHRAN (286202)
                                              655 West Broadway, Suite 1900
16                                            San Diego, CA 92101
                                              Telephone: (619) 231-1058
17                                            Facsimile: (619) 231-7423
                                              E-mail: davew@rgrdlaw.com
18                                                     bomara@rgrdlaw.com
                                                       bcochran@rgrdlaw.com
19
                                              Co-Lead Counsel for Plaintiffs
20
                                              SHAWN A. WILLIAMS (213113)
21                                            Post Montgomery Center
                                              One Montgomery Street, Suite 1800
22                                            San Francisco, CA  94104
                                              Telephone: (415) 288-4545
23                                            Facsimile: (415) 288-4534
                                              E-mail: shawnw@rgrdlaw.com
24
                                              Additional counsel for Plaintiff Vladi Zakinov
25

26
   1292660
27

28
                                           - 1 -
                              NOTICE OF ENTRY OF ORDER

# DECLARATION OF SERVICE

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is 600 B Street, Suite 1900, San Diego, California 92101.

2. That on August 31, 2018, I served the following document(s):

NOTICE OF ENTRY OF ORDER

___ By transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Service List from fax number (619) 525-3991 on this date before 5:00 p.m. The facsimile transmission was reported as complete and without error.

_X_ By placing the document(s) listed above in a United States mailbox at San Diego, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

___ By causing the document(s) listed above to be served by a courier service on the following parties:

___ By depositing in a box or other facility regularly maintained by UPS, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, in an envelope designated by the said express service carrier, with delivery fees paid or provided for, addressed to the parties on the attached Service List.

___ Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I sent the documents described herein to the persons at the e-mail addresses on the attached service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this August 31, 2018, at San Diego, California.

_____
KATHERINE B. SCHEELE

*In re Ripple Labs Inc. Litigation*, **Lead Case No. 18CIV02845**

## COUNSEL FOR PLAINTIFFS

Brian J. Robbins
Stephen J. Oddo
Eric M. Carrino
ROBBINS ARROYO LLP
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile:  (619) 525-3991
E-mail: brobbins@robbinsarroyo.com
            soddo@robbinsarroyo.com
            ecarrino@robbinsarroyo.com

Shawn A. Williams
ROBBINS GELLER RUDMAN
   & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone: (415) 288-4545
Facsimile: (415) 288-4534
E-mail: shawnw@rgrdlaw.com

*Co-Lead Counsel for Plaintiffs*

## COUNSEL FOR DEFENDANTS

Peter B. Morrison
Virginia F. Milstead
SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
Email: peter.morrison@skadden.com
            virginia.milstead@skadden.com

John Neukom
SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, CA 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570
Email: john.neukom@skadden.com

Mary Jo White
Andrew J. Ceresney
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000
Facsimile: (212) 909-6836
Email: mjwhite@debevoise.com
            aceresney@debevoise.com

*Counsel for defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse*

1292662

# EXHIBIT A

```
 1  ROBBINS ARROYO LLP
    BRIAN J. ROBBINS (190264)
 2  STEPHEN J. ODDO (174828)
    ERIC M. CARRINO (310765)
 3  600 B Street, Suite 1900
    San Diego, CA 92101
 4  Telephone: (619) 525-3990
    Facsimile: (619) 525-3991
 5  E-mail: brobbins@robbinsarroyo.com
            soddo@robbinsarroyo.com
 6          ecarrino@robbinsarroyo.com

 7  Attorneys for Plaintiffs
    Vladi Zakinov and David Oconer
 8

 9  [Additional counsel appear on signature page]
```

**FILED**
SAN MATEO COUNTY
AUG 3 0 2018
Clerk of the Superior Court
By _____
DEPUTY CLERK

File By Fax

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF SAN MATEO

| | |
|---|---|
| VLADI ZAKINOV, Individually and on Behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br><br>v.<br><br>RIPPLE LABS INC., XRP II, LLC, BRADLEY GARLINGHOUSE, and DOES 1-25, Inclusive,<br><br>   Defendants. | Case No. 18-CIV-02845<br><br><u>CLASS ACTION</u><br><br>STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS AND RELATED MATTERS<br><br>Judge: Richard H. DuBois<br>Dept: 16<br>Date Action Filed: June 5, 2018 |
| DAVID OCONER, Individually and on Behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br><br>v.<br><br>RIPPLE LABS INC., XRP II, LLC, BRADLEY GARLINGHOUSE, and DOES 1-25, Inclusive,<br><br>   Defendants. | Case No. 18-CIV-03332<br><br>18-CIV-02845<br>SO<br>Stipulation & Order<br>1352929<br><br>Judge: Robert D. Foiles<br>Dept: 21<br>Date Action Filed: June 27, 2018 |

STIPULATION & [PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS & RELATED MATTERS

RECEIVED
SAN MATEO COUNTY
AUG 2 8 2018
Clerk of the Superior Court

1.  The above-captioned actions pending in this Court (the "Related Actions") make substantially the same allegations against defendant Ripple Labs Inc. ("Ripple" or the "Company"), XRP II, LLC, and Bradley Garlinghouse.

2.  In an effort to assure consistent rulings and decisions and the avoidance of unnecessary duplication of effort, counsel for the respective parties in the Related Actions hereby enter into this Stipulation and [Proposed] Order Consolidating Related Actions and Related Matters (the "Stipulation").

3.  Counsel for the parties to this Stipulation include Robbins Arroyo LLP ("Robbins Arroyo") and Robbins Geller Rudman & Dowd LLP ("Robbins Geller") on behalf of plaintiff Vladi Zakinov; Robbins Arroyo on behalf of David Oconer (collectively, "Plaintiffs"); Skadden, Arps, Slate, Meagher & Flom LLP and Debevoise & Plimpton LLP on behalf of defendants Ripple Labs, Inc., XRP II, LLC, and Bradley Garlinghouse (collectively, "Defendants").

4.  The parties agree that it would be duplicative and wasteful of the Court's resources for Defendants named in the Related Actions to have to respond to the individual complaints prior to the agreed upon consolidation and in light of the anticipated filing of a consolidated complaint. Therefore, the parties agree that Defendants need not respond to the individual complaints that have already been filed in this Court.

5.  On August 8, 2018, the Zakinov action was designated as complex. On August 21, 2018, it was assigned to the Honorable Richard H. DuBois, Department 16, for all purposes. A complex case status conference in the Oconer action is set for August 29, 2018.

## CONSOLIDATION

6.  The following Related Actions are hereby consolidated for all purposes, including pre-trial proceedings and trial (the "Consolidated Action"):

| Abbreviated Case Name | Case Number | Date Filed |
| --- | --- | --- |
| *Zakinov v. Ripple Labs Inc.* | 18-CIV-02845 | 6/5/2018 |
| *Oconer v. Ripple Labs Inc.* | 18-CIV-03332 | 6/27/2018 |

1  Every pleading filed in the Consolidated Action, or in any separate action included herein, shall
2  bear the following caption:

3  SUPERIOR COURT OF THE STATE OF CALIFORNIA
4  COUNTY OF SAN MATEO

| IN RE RIPPLE LABS INC. LITIGATION | ) Lead Case No. 18-CIV-02845 |
|---|---|
| | ) |
| | ) (Consolidated with Case No. 18-CIV-03332) |
| This Document Relates To: | ) |
| | ) CLASS ACTION |
| ALL ACTIONS. | ) |
| | ) |
| | ) |

7.  The files of the Consolidated Action shall be maintained in one file under Master File No. 18-CIV-02845.

8.  Plaintiffs shall either designate a complaint as operative or file a Consolidated Complaint ("Consolidated Complaint") within 45 days after entry of this order, unless otherwise agreed upon by the parties. If filed, the Consolidated Complaint shall be the operative complaint and shall supersede all complaints filed in any of the actions consolidated herein. Defendants shall respond to the operative complaint or Consolidated Complaint within 45 days after service, unless otherwise agreed by the parties. In the event that Defendants file any motions directed at the operative complaint or Consolidated Complaint, the opposition and reply briefs shall be filed within 45 and 20 days, respectively, of the motions, unless otherwise agreed upon by the parties. Counsel agrees to confer to select a hearing date.

**APPOINTMENT OF A LEADERSHIP STRUCTURE**

9.  The Plaintiffs agree that Robbins Arroyo and Robbins Geller shall serve as Co-Lead Counsel for Plaintiffs ("Co-Lead Counsel") in the Consolidated Action, and Defendants take no position on the Court's appointment of Co-Lead Counsel for Plaintiffs or the responsibilities assumed by that Co-Lead Counsel.

10. Plaintiffs agree that Co-Lead Counsel shall have sole authority to speak for Plaintiffs in matters regarding pre-trial procedure, trial, and settlement and shall make all work

assignments in such manner as to facilitate the orderly and efficient prosecution of the Consolidated Action and to avoid duplicative or unproductive effort.

11. Plaintiffs agree that Co-Lead Counsel shall be responsible for coordinating all activities and appearances on behalf of Plaintiffs. No motion, request for discovery, or other pre-trial or trial proceedings shall be initiated or filed by any Plaintiff except through Co-Lead Counsel.

12. Plaintiffs agree that Co-Lead Counsel shall be available and responsible for communications to and from this Court, including distributing orders and other directions from the Court to counsel, and shall be responsible for communication with Defendants' counsel on matters of case administration and scheduling. Co-Lead Counsel shall further be responsible for creating and maintaining a master service list of all parties and their respective counsel.

13. Defendants' counsel may rely upon all agreements made with Co-Lead Counsel, or other duly authorized representative of Co-Lead Counsel, and such agreements shall be binding on all Plaintiffs.

**RELATED MATTERS**

14. This Order shall apply to each case, arising out of the same or similar transactions and/or events as the Related Actions which is currently pending in, subsequently filed in, remanded to, or transferred to this Court.

15. When a case which properly belongs as part of the *In re Ripple Labs Inc. Litigation*, Lead Case No. 18-CIV-02845, is hereafter or has been filed in, remanded to, or transferred to this Court, counsel for the parties shall call such filing, remand, or transfer to the attention of the clerk of this Court for purposes of moving the Court for an order consolidating such case(s) with *In re Ripple Labs Inc. Litigation*, Lead Case No. 18-CIV-02845. Counsel for the parties will further assist in assuring that counsel for the parties in such subsequent action(s) receive notice of this Order.

| | |
|---|---|
| 1 | IT IS SO STIPULATED. |
| 2 | DATED: 8/22/18 |

|   |
|---|
| ROBBINS ARROYO LLP |
| BRIAN J. ROBBINS |
| STEPHEN J. ODDO |
| ERIC M. CARRINO |

*/s/ Stephen J. Oddo*

STEPHEN J. ODDO

600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: brobbins@robbinsarroyo.com
       soddo@robbinsarroyo.com
       ecarrino@robbinsarroyo.com

Proposed Co-Lead Counsel for Plaintiffs and
Counsel for Plaintiffs Vladi Zakinov and
David Oconer

DATED: 8/22/18

ROBBINS GELLER RUDMAN
  & DOWD LLP

*/s/ Brian O'Mara / by permiss STO*

BRIAN O. O'MARA (229737)

DAVID C. WALTON (167268)
BRIAN E. COCHRAN (286202)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423
E-mail: davew@rgrdlaw.com
       bomara@rgrdlaw.com
       bcochran@rgrdlaw.com

Proposed Co-Lead Counsel for Plaintiffs and
Counsel for Plaintiff Vladi Zakinov

SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 288-4545
Facsimile: (415) 288-4534
E-mail: shawnw@rgrdlaw.com

Additional counsel for Plaintiff Vladi Zakinov

| | | |
|---|---|---|
| 1 | DATED: 8/22/18 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 2 | | *Peter Morrison/ by permission SJD* |
| 3 | | _____<br>PETER B. MORRISON |

Peter B. Morrison
Virginia F. Milstead
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
Email: peter.morrison@skadden.com
        virginia.milstead@skadden.com

John Neukom
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, CA 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570
Email: john.neukom@skadden.com

Mary Jo White (*pro hac vice* forthcoming)
Andrew J. Ceresney (*pro hac vice* forthcoming)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000
Facsimile: (212) 909-6836
Email: mjwhite@debevoise.com
        aceresney@debevoise.com

Counsel for defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse

1286406

## ORDER

The above Stipulation Consolidating Related Actions and Related Matters having been considered, and good cause appearing therefore,

IT IS SO ORDERED.

DATED: 8-29-18

HONORABLE RICHARD H. DUBOIS
JUDGE OF THE SUPERIOR COURT

# DECLARATION OF SERVICE

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is 600 B Street, Suite 1900, San Diego, California 92101.

2. That on August 23, 2018, I served the following document(s):

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS AND RELATED MATTERS

| | |
|---|---|
| ____ | By transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Service List from fax number (619) 525-3991 on this date before 5:00 p.m. The facsimile transmission was reported as complete and without error. |
| X | By placing the document(s) listed above in a United States mailbox at San Diego, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List. |
| ____ | By causing the document(s) listed above to be served by a courier service on the following parties: |
| ____ | By depositing in a box or other facility regularly maintained by UPS, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, in an envelope designated by the said express service carrier, with delivery fees paid or provided for, addressed to the parties on the attached Service List. |
| ____ | Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I sent the documents described herein to the persons at the e-mail addresses on the attached service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. |

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this August 23, 2018, at San Diego, California.

*[signature]*

KATHERINE B. SCHEELE

- 7 -

STIPULATION & [PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS & RELATED MATTERS

*Zakinov v. Ripple Labs Inc., et al.*, Case No. 18CIV02845;
*Oconer v. Ripple Labs Inc., et al.*, Case No. 18CIV03332

**COUNSEL FOR PLAINTIFFS**

Brian J. Robbins
Stephen J. Oddo
Eric M. Carrino
ROBBINS ARROYO LLP
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: brobbins@robbinsarroyo.com
        soddo@robbinsarroyo.com
        ecarrino@robbinsarroyo.com

*Counsel for Plaintiffs Vladi Zakinov and David Oconer*

Shawn A. Williams
ROBBINS GELLER RUDMAN
   & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 288-4545
Facsimile: (415) 288-4534
E-mail: shawnw@rgrdlaw.com

David C. Walton
Brian O. O'Mara
Brian E. Cochran
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423
E-mail: davew@rgrdlaw.com
        bomara@rgrdlaw.com
        bcochran@rgrdlaw.com

*Counsel for Plaintiff Vladi Zakinov*

**COUNSEL FOR DEFENDANTS**

Peter B. Morrison
Virginia F. Milstead
SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
Email: peter.morrison@skadden.com
       virginia.milstead@skadden.com

John Neukom
SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, CA 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570
Email: john.neukom@skadden.com

Mary Jo White
Andrew J. Ceresney
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000
Facsimile: (212) 909-6836
Email: mjwhite@debevoise.com
       aceresney@debevoise.com

*Counsel for defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse*

1278419