1  SCOTT+SCOTT ATTORNEYS AT LAW LLP
   JOHN T. JASNOCH
2  600 W. Broadway, Suite 3300
   San Diego, CA  92101
3  Telephone: 619-233-4565
   Facsimile:  619-233-0508
4  jjasnoch@scott-scott.com

5  *Attorney for Plaintiff*

6  (Additional counsel below)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| AVNER GREENWALD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RIPPLE LABS INC., et al.,<br><br>Defendants. | Case No. 18-cv-04790-PJH<br><br>**CLASS ACTION**<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION TO REMAND PURSUANT TO LOCAL RULE 6-2<br><br>Hon. Phyllis J. Hamilton |

STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE FOR
PLAINTIFF'S MOTION TO REMAND PURSUANT TO LOCAL RULE 6-2
CASE NO. 18-CV-04790-PJH

WHEREAS, on August 8, 2018, Defendants Ripple Labs Inc., XRP II, LLC, Bradley Garlinghouse, Christian Larsen, Ron Will, Antoinette O'Gorman, Eric van Miltenburg, Susan Athey, Zoe Cruz, Ken Kurson, Ben Lawsky, Anja Manuel, and Takashi Okita (collectively, "Defendants"), removed this matter from the Superior Court of the State of California, County of San Mateo ("San Mateo Superior Court"), to the United States District Court for the Northern District of California;

WHEREAS, on September 7, 2018, pursuant to 28 U.S.C. §1447(c), Plaintiff Avner Greenwald ("Plaintiff") moved to remand this action to the Superior Court of the State of California, County of San Mateo;

WHEREAS, on September 21, 2018, Defendants filed an opposition to Plaintiff's remand motion;

WHEREAS, pursuant to Local Rule 7-3(c), Plaintiff's deadline to file a reply is currently September 28, 2018;

WHEREAS Plaintiff's remand motion is set to be heard by this Court on October 24, 2018, at 9:00 a.m.;

WHEREAS, Plaintiff seeks a one-week extension of time in which to file his reply brief, due to pre-arranged vacation plans and competing work commitments of Plaintiff's counsel;

WHEREAS, Defendants do not object to Plaintiff's request for additional time to file his reply brief;

WHEREAS, this is Plaintiff's first request for an extension of time in this case;

WHEREAS, Plaintiff's requested one-week extension will not affect any other deadlines in this case;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned parties, as follows:

1

STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE FOR
PLAINTIFF'S MOTION TO REMAND PURSUANT TO LOCAL RULE 6-2
CASE NO. 18-CV-04790-PJH

Plaintiff's reply memorandum with respect to his Motion to Remand may be filed no later than October 5, 2018.

| | |
|---|---|
| Dated:  September 26, 2018 | Respectfully submitted, |
| | SCOTT+SCOTT ATTORNEYS AT LAW LLP |
| | *s*/ John T. Jasnoch |
| | JOHN T. JASNOCH<br>600 W. Broadway, Suite 3300<br>San Diego, CA  92101<br>Telephone: 619-233-4565<br>Facsimile:  619-233-0508<br>jjasnoch@scott-scott.com |
| | − and – |
| | Thomas L. Laughlin, IV<br>Rhiana L. Swartz<br>SCOTT+SCOTT ATTORNEYS AT LAW LLP<br>The Helmsley Building<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>Telephone: 212-223-6444<br>Facsimile:  212-223-6334 |
| | *Attorneys for Avner Greenwald* |
| Dated:  September 26, 2018 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| | *s/* Peter B. Morrison |
| | Peter B. Morrison<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071<br>Telephone: 213-687-5000<br>Facsimile:  213-687-5600 |
| | *Attorneys for Defendants* |
| | * * * |

2

STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE FOR
PLAINTIFF'S MOTION TO REMAND PURSUANT TO LOCAL RULE 6-2
CASE NO. 18-CV-04790-PJH

**E-FILING ATTESTATION**

I, John T. Jasnoch, am the ECF user whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the signatory identified above has concurred in this filing.

DATED: September 26, 2018                SCOTT+SCOTT ATTORNEYS AT LAW LLP

                                         *s/* John T. Jasnoch
                                         JOHN T. JASNOCH

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____                   _____
                                         HON. PHYLIS J. HAMILTON
                                         Chief U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

Dated:  September 26, 2018

    *s*/ John T. Jasnoch
John T. Jasnoch
SCOTT+SCOTT ATTORNEYS AT LAW LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile:  619-233-0508
jjasnoch@scott-scott.com