| | |
|---|---|
| SCOTT+SCOTT ATTORNEYS AT LAW LLP<br>JOHN T. JASNOCH<br>600 W. Broadway, Suite 3300<br>San Diego, CA 92101<br>Telephone: 619-233-4565<br>Facsimile: 619-233-0508<br>jjasnoch@scott-scott.com<br><br>*Attorney for Plaintiff*<br><br>(Additional counsel below) | |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| AVNER GREENWALD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RIPPLE LABS INC., et al.,<br><br>Defendants. | Case No. 18-cv-04790-PJH<br><br>**CLASS ACTION**<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION TO REMAND PURSUANT TO LOCAL RULE 6-2<br><br>Hon. Phyllis J. Hamilton |

STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE FOR
PLAINTIFF'S MOTION TO REMAND PURSUANT TO LOCAL RULE 6-2
CASE NO. 18-CV-04790-PJH

| | |
|---|---|
| 1 | WHEREAS, on August 8, 2018, Defendants Ripple Labs Inc., XRP II, LLC, Bradley |
| 2 | Garlinghouse, Christian Larsen, Ron Will, Antoinette O'Gorman, Eric van Miltenburg, Susan |
| 3 | Athey, Zoe Cruz, Ken Kurson, Ben Lawsky, Anja Manuel, and Takashi Okita (collectively, |
| 4 | "Defendants"), removed this matter from the Superior Court of the State of California, County of |
| 5 | San Mateo ("San Mateo Superior Court"), to the United States District Court for the Northern |
| 6 | District of California; |
| 7 | WHEREAS, on September 7, 2018, pursuant to 28 U.S.C. §1447(c), Plaintiff Avner |
| 8 | Greenwald ("Plaintiff") moved to remand this action to the Superior Court of the State of |
| 9 | California, County of San Mateo; |
| 10 | WHEREAS, on September 21, 2018, Defendants filed an opposition to Plaintiff's remand |
| 11 | motion; |
| 12 | WHEREAS, pursuant to Local Rule 7-3(c), Plaintiff's deadline to file a reply is currently |
| 13 | September 28, 2018; |
| 14 | WHEREAS Plaintiff's remand motion is set to be heard by this Court on October 24, |
| 15 | 2018, at 9:00 a.m.; |
| 16 | WHEREAS, Plaintiff seeks a one-week extension of time in which to file his reply brief, |
| 17 | due to pre-arranged vacation plans and competing work commitments of Plaintiff's counsel; |
| 18 | WHEREAS, Defendants do not object to Plaintiff's request for additional time to file his |
| 19 | reply brief; |
| 20 | WHEREAS, this is Plaintiff's first request for an extension of time in this case; |
| 21 | WHEREAS, Plaintiff's requested one-week extension will not affect any other deadlines |
| 22 | in this case; |
| 23 | THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the |
| 24 | attorneys for the undersigned parties, as follows: |

1

STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE FOR
PLAINTIFF'S MOTION TO REMAND PURSUANT TO LOCAL RULE 6-2
CASE NO. 18-CV-04790-PJH

Plaintiff's reply memorandum with respect to his Motion to Remand may be filed no later than October 5, 2018.

Dated: September 26, 2018

Respectfully submitted,

SCOTT+SCOTT ATTORNEYS AT LAW LLP

<u>*s*/ John T. Jasnoch</u>
JOHN T. JASNOCH
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile: 619-233-0508
jjasnoch@scott-scott.com

− and –

Thomas L. Laughlin, IV
Rhiana L. Swartz
SCOTT+SCOTT ATTORNEYS AT LAW LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-223-6444
Facsimile: 212-223-6334

*Attorneys for Avner Greenwald*

Dated: September 26, 2018

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

<u>*s/* Peter B. Morrison</u>
Peter B. Morrison
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone: 213-687-5000
Facsimile: 213-687-5600

*Attorneys for Defendants*

\* \* \*

---

2
STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE FOR
PLAINTIFF'S MOTION TO REMAND PURSUANT TO LOCAL RULE 6-2
CASE NO. 18-CV-04790-PJH

# **E-FILING ATTESTATION**

I, John T. Jasnoch, am the ECF user whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the signatory identified above has concurred in this filing.

DATED: September 26, 2018          SCOTT+SCOTT ATTORNEYS AT LAW LLP

*s/* John T. Jasnoch
JOHN T. JASNOCH

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 26, 2018

IT IS SO ORDERED
Judge Phyllis J. Hamilton

HON. PHYLLIS J. HAMILTON
Chief U.S. District Court Judge