SCOTT+SCOTT ATTORNEYS AT LAW LLP
JOHN T. JASNOCH
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile:  619-233-0508
jjasnoch@scott-scott.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| AVNER GREENWALD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>RIPPLE LABS INC., *et al*.,<br><br>Defendants. | Case No. 4:18-cv-4790-PJH<br><br>**CLASS ACTION**<br><br>**DECLARATION OF JOHN T. JASNOCH IN SUPPORT OF PLAINTIFF'S REPLY IN FURTHER SUPPORT OF MOTION TO REMAND**<br><br>Date:  October 24, 2018<br>Time: 9:00 a.m.<br>Courtroom:  3<br><br>Hon. Phyllis J. Hamilton |

Pursuant to 28 U.S.C. §1746, I, John T. Jasnoch, hereby declare as follows:

1. I am an attorney with the law firm of Scott+Scott Attorneys at Law LLP, counsel for Plaintiff Avner Greenwald. I make this Declaration in Support of Plaintiff's Reply in Further Support of Motion to Remand.

2. Attached hereto are true and correct copies of the following:

- Exhibit 1: *Clark v. Micro Focus International PLC*, Case No. 18CIV02583, Complaint for Violation of the Securities Act of 1933 (Calif. Superior Court, San Mateo County) (filed May 22, 2018);

- Exhibit 2: *Hsieh v. Snap, Inc.*, Case No. BC669394, Complaint for Violations of Sections 11, 12, and 15 of the Securities Act of 1933, (Calif. Superior Court, Los Angeles County) (filed July 25, 2017);

- Exhibit 3: *Zulch v. Kitov Pharmaceuticals Holdings Ltd.*, Case No. 17CIV01173, Class Action Complaint for Violations of the Securities Act of 1933, (Calif. Superior Court, San Mateo County) (filed March 20, 2017);

- Exhibit 4: *Nathan v. Rewalk Robotics Ltd.*, Case No. 16CIV02345, Class Action Complaint for Violations of Securities Act of 1933 (Calif. Superior Court, San Mateo County) (filed Nov. 10, 2016); and

- Exhibit 5: *Golosiy v. Tintri, Inc.,* Case No. 17CIV04618, Complaint for Violations of the Securities Act of 1933 (Calif. Superior Court, San Mateo County) (filed Oct. 6, 2017).

I declare under the penalty of perjury that the foregoing is true and correct. Executed on October 5, 2018 in San Diego, California.

Dated: October 5, 2018        s/ John T. Jasnoch
                              JOHN T. JASNOCH