# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

AVNER GREENWALD, individually and on behalf of all others similarly situated,

Plaintiff(s),

v.

RIPPLE LABS INC., et al.,

Defendant(s).

Case No: 18-cv-04790-PJH

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Thomas L. Laughlin, IV, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Avner Greenwald in the above-entitled action. My local co-counsel in this case is John Jasnoch, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Scott+Scott Attorneys at Law LLP, The Helmsley Building, 230 Park Ave., 17th Fl., New York, NY 10169 | Scott+Scott Attorneys at Law LLP, 600 W. Broadway, Suite 3300, San Diego, CA 92101 |
| MY TELEPHONE # OF RECORD: (212) 223-6444 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (619) 233-4565 |
| MY EMAIL ADDRESS OF RECORD: tlaughlin@scott-scott.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: jjasnoch@scott-scott.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4471975.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 10/08/18

Thomas L. Laughlin, IV
APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Thomas L. Laughlin, IV is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: October 9, 2018

UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                              October 2012