UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 Clay Street
Oakland, CA 94612

_____
www.cand.uscourts.gov

Susan Y. Soong						General Court Number
Clerk of Court						510-637-3530

October 16, 2018

San Mateo County Superior Court
400 County Center
Redwood City, CA 94063

RE:	Avner Greenwald v. Ripple Labs, Inc., et al.
	18-cv-04790-PJH

Your Case Number:  18CIV03461

Dear Clerk,

    Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

- ☒ Certified original and one copy of this letter
- ☒ Certified copy of docket entries
- ☒ Certified copy of Remand Order
- ☐ Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

Susan Y. Soong, Clerk

*Cynthia J. Lenahan*
_____
by:  Cynthia Lenahan
Case Systems Administrator
510-637-3538