1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVNER GREENWALD, individually and on behalf of all others similarly situated,<br><br>                        Plaintiff,<br><br>    v.<br><br>RIPPLE LABS INC., <u>et al.</u>,<br><br>                        Defendants. | CASE NO.: 4:18-cv-04790-PJH<br><br>**[PROPOSED] ORDER STAYING REMAND ORDER AND NOTICE OF REMAND ORDER AND SETTING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO STAY REMAND** |

1  The Court, having considered Defendants' *Ex Parte* Motion to Shorten Time On Motion To Stay And To Stay Remand Order Pending Motion To Stay, the Defendants' Memorandum of Points and Authorities in support thereof, the Declaration of Peter B. Morrison, as well as the files in the case, and for good cause shown therein, it is hereby ORDERED as follows:

The Court STAYS the remand order pending resolution of Defendants' motion to stay. The Clerk is instructed not to effect remand per the Court's earlier order until Defendants' motion to stay is resolved.

Plaintiff shall file a response to Defendants' motion by Friday, October 19, 2018. Any reply by Defendants shall be due by Monday, October 22, 2018. The hearing noticed for November 21, 2018 is hereby VACATED; the Court will decide the matter on the papers.

IT IS SO ORDERED.

DATED: _____, 2018

_____
Hon. Phyllis J. Hamilton
United States District Judge
Northern District of California

Respectfully submitted by:

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____*s/ Peter B. Morrison*_____
Peter B. Morrison
Attorneys for Defendants