**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AVNER GREENWALD, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>RIPPLE LABS INC., et al.,<br><br>　　　　　　　　　　　Defendants. | CASE NO.: 4:18-cv-04790-PJH<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STAY REMAND ORDER PENDING APPEAL** |

The Court, having considered the Defendants' Motion to Stay Remand Order Pending Appeal ("Motion"), the Defendants' Memorandum of Points and Authorities in support thereof, Plaintiff's Opposition, and Defendants' Reply In Further Support of their Motion, declarations and exhibits, as well as the files in the case and any oral argument presented, and for good cause shown therein, it is hereby ORDERED as follows:

The Motion is GRANTED. The Court STAYS the Court's October 15, 2018 order remanding this action (Dkt. 23) and the notice of the clerk of the Court remanding this action to San Mateo County Superior Court (Dkt. 24) pending Defendants' application to appeal and appeal to the United States Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

DATED: _____, 2018

_____
Hon. Phyllis J. Hamilton
United States District Judge
Northern District of California

Respectfully submitted by:

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____*s/ Peter B. Morrison*_____
Peter B. Morrison
Attorneys for Defendants