UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 Clay Street
Oakland, CA 94612

www.cand.uscourts.gov

**FILED**

**OCT 26 2018**

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

Susan Y. Soong
Clerk of Court

General Court Number
510-637-3530

October 16, 2018

San Mateo County Superior Court
400 County Center
Redwood City, CA 94063

RE:   Avner Greenwald v. Ripple Labs, Inc., et al.
       18-cv-04790-PJH

Your Case Number: 18CIV03461

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

☒ Certified original and one copy of this letter

☒ Certified copy of docket entries

☒ Certified copy of Remand Order

☐ Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

**RECEIVED**
**SAN MATEO COUNTY**

OCT 1 9 2018

Clerk of the Superior Court
MIRNA P. RIVERA-MARTINEZ

Sincerely,

Susan Y. Soong, Clerk

*Cynthia G. Lenahan*

by: Cynthia Lenahan
Case Systems Administrator
510-637-3538

FILED

OCT 26 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

RECEIVED
SAN MATEO COUNTY

OCT 18 20

Clerk of the Superior Court
MIRNA P. RIVERA-MARTINEZ