UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 19 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

AVNER GREENWALD, individually and on behalf of all others similarly situated,

    Plaintiff-Respondent,

 v.

RIPPLE LABS, INC.; et al.,

    Defendants-Petitioners.

No.  18-80147

D.C. No. 4:18-cv-04790-PJH
Northern District of California,
Oakland

ORDER

Petitioners' motion for voluntary dismissal of this petition is granted. This petition is dismissed. *See* Fed. R. App. P. 42(b).

As stipulated by the parties, each side shall bear its own costs and fees.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Susan Landsittel
Deputy Clerk
Ninth Circuit Rule 27-7

SLL/MOATT